MARK MCDANIELS V. THE STATE.

No. 22709. Delivered January 12, 1944.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was charged with a violation of the liquor laws of McCulloch County, and was convicted by a jury and fined the sum of $150.00, hence this appeal.

The facts clearly show a sale in such county, and its dry status was properly established by the proof.

The county attorney correctly presented the information before the jury as directed in Art. 612, (1) C. C. P.

No error being shown, the judgment is affirmed.